# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE TRUJILLO, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>I.J. BAYRAKDARIAN, D.M.D.,<br><br>　　　　　　　Defendant. | Case No. 1:22-cv-01044-ADA-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 7) |

　　　　On September 13, 2022, Plaintiff filed a "Request for Dismissal of Individual and Class Claims Without Prejudice" (erroneously docketed as a motion to dismiss), in which she notifies the Court of the dismissal of this action, including both her individual claims and those of the putative class, without prejudice. (Doc. 7.)  Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　　Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL CLOSE the case.

IT IS SO ORDERED.

Dated:  **September 14, 2022**　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE